The Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANNA OMELIN, individually and as an administrator of the estate of Anton Omelin, deceased,<br><br>        Plaintiff,<br><br>        vs.<br><br>HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE CORPORATION, a Delaware corporation, MONSTER ENERGY COMPANY, a Delaware corporation, and RED BULL NORTH AMERICA, INC., a foreign corporation, and DOES 1 THROUGH 100, inclusive,<br><br>        Defendants. | Civil Action No. 3:17-cv-05837-JRC<br><br>FED. R. CIV. P. 7.1 STATEMENT OF DEFENDANT RED BULL NORTH AMERICA, INC. |

Pursuant to Fed. R. Civ. P. 7.1, defendant Red Bull North America, Inc. ("Red Bull") states that Red Bull GmbH, an Austrian corporation, is its parent corporation and that no publicly held corporation owns 10% or more of Red Bull.

DATED this 3rd day of November, 2017.

---

RED BULL FED. R. CIV. P. 7.1 STATEMENT
(3:17-cv-05837-JRC) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Respectfully submitted,


     */s/* Alicia Cobb
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

*Attorneys for Defendant Red Bull North America, Inc.*

RED BULL FED. R. CIV. P. 7.1 STATEMENT
(3:17-cv-05837-JRC) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, I caused a true and correct copy of the foregoing Fed. R. Civ. P. 7.1 Statement of Red Bull North America, Inc. to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED this 3rd day of November, 2017.

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

RED BULL FED. R. CIV. P. 7.1 STATEMENT
(3:17-cv-05837-JRC) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000