The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA OMELIN, individually and as an administrator of the Estate of Anton Omelin, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE CORPORATION, a Delaware corporation, MONSTER ENERGY COMPANY, a Delaware corporation, RED BULL NORTH AMERICA, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Civil Action No. 3:17-cv-05837<br><br>DECLARATION OF AARON PERAHIA IN SUPPORT OF DEFENDANT RED BULL NORTH AMERICA, INC.'S MOTION TO DISMISS PLAINTIFF ANNA OMELIN'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)<br><br>NOTE ON MOTION CALENDAR: FRIDAY, JANUARY 12, 2018 |

Perahia Decl. in Supp. of Def. Red Bull's Mot. to Dismiss FAC
(3:17-cv-05837-RJB) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

**DECLARATION OF AARON PERAHIA**

I, Aaron Perahia, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Red Bull North America, Inc. ("Red Bull"). I am a member in good standing of the Bar of California and am admitted *pro hac vice* to this Court. I respectfully submit this declaration in support of Red Bull's Motion to Dismiss Plaintiff Anna Omelin's First Amended Complaint Pursuant to Rule 12(b)(6). I have personal firsthand knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Certificate of Death of Anton Omelin from the State of Washington's Department of Health. On December 5, 2017, I placed an expedited order by telephone for this Certificate from the State of Washington's Department of Health. The next day, I received an e-mail stating the Certificate had been sent to me via UPS tracking number 1Z0380VF2911599620, and I received the Certificate via UPS overnight delivery on December 7, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of a print-out of the webpage entitled "CFSAN Adverse Event Reporting System (CAERS)" from the United States Food and Drug Administration's website, dated December 15, 2017. The same page is available at https://www.fda.gov/Food/ComplianceEnforcement/ucm494015.htm (last accessed Dec. 15, 2017) [https://perma.cc/Y7ZA-TNH5].

4. Attached hereto as **Exhibit C** is a true and correct copy of 193 reports excerpted from the United States Food and Drug Administration's CFSAN Adverse Event Report System database. The entire database, which contains 92,233 reports, is available for download at https://www.fda.gov/downloads/Food/ComplianceEnforcement/UCM494018.csv (last accessed Dec. 13, 2017) [https://perma.cc/A8PN-JZJU].

5. Attached hereto as **Exhibit D** is a true and correct copy of the article written by Sara M. Seifert, Judith L. Schaechter, Eugene R. Hershorin, and Steven E. Lipshultz entitled, *Health Effects of Energy Drinks on Children, Adolescents, and Young Adults*, 127 PEDIATRICS

Perahia Decl. in Supp. of Def. Red Bull's Mot. to Dismiss FAC
(3:17-cv-05837-RJB) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

511-528 (2011).  The article is available for download at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3065144/pdf/zpe511.pdf (last accessed Dec. 13, 2017).

6. Attached hereto as **Exhibit E** is a true and correct an image of the product label on a 16-ounce can of Red Bull Energy Drink.

7. Attached hereto as **Exhibit F** is a true and correct of a print-out of the webpage entitled "*Taurine in energy drinks: what is it?*" from the Mayo Clinic's website, dated December 14, 2017.  The same page is available at https://www.mayoclinic.org/healthy-lifestyle/nutrition-and-healthy-eating/expert-answers/taurine/faq-20058177 (last accessed Dec. 14, 2017) [https://perma.cc/VS3J-88AK].

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.  Executed on December 15, 2017, in Los Angeles, California.

/s/ Aaron Perahia
Aaron Perahia

Perahia Decl. in Supp. of Def. Red Bull's Mot. to Dismiss FAC
(3:17-cv-05837-RJB) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/*  Alicia Cobb
Alicia K. Cobb, WSBA No. 48685
 aliciacobb@quinnemanuel.com
Phone (206) 905-7000
Fax (206) 905-7100
600 University Street, Suite 2800
Seattle, Washington 98101-4123

*Attorneys for Defendant Red Bull North America, Inc.*

Perahia Decl. in Supp. of Def. Red Bull's Mot. to Dismiss FAC
(3:17-cv-05837-RJB) - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I caused a true and correct copy of the foregoing Declaration of Aaron Perahia to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED this 15th day of December, 2017.

/s/ Alicia Cobb
Alicia K. Cobb, WSBA #48685

Perahia Decl. in Supp. of Def. Red Bull's Mot. to Dismiss FAC
(3:17-cv-05837-RJB) - 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000