# EXHIBIT A

# STATE OF WASHINGTON
# DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH

CERTIFICATE NUMBER: **2014-024868**

DATE ISSUED: **12/05/2017**
FEE NUMBER: **73635977**

FIRST AND MIDDLE NAME(S): **ANTON**
LAST NAME(S): **OMELIN**

COUNTY OF DEATH: **PIERCE**
DATE OF DEATH: **OCTOBER 30, 2014**
HOUR OF DEATH: **UNKNOWN**
SEX: **MALE**    AGE: **25 YEARS**
SOCIAL SECURITY NUMBER: **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**

PLACE OF DEATH: **HOME**
FACILITY OR ADDRESS: **4219 69TH AVE E**
CITY, STATE, ZIP: **FIFE, WASHINGTON 98424**

HISPANIC ORIGIN: **NO, NOT SPANISH/HISPANIC/LATINO**
RACE: **WHITE**

RESIDENCE STREET: **4219 69TH AVE E**
CITY, STATE, ZIP: **TACOMA, WA 98424**
INSIDE CITY LIMITS: **YES**    COUNTY: **PIERCE**
TRIBAL RESERVATION: **NOT APPLICABLE**
LENGTH OF TIME AT RESIDENCE: **1 YEAR**

BIRTH DATE: **MARCH 04, 1989**
BIRTHPLACE: **SYKTYVKAR RUSSIA**

FATHER/PARENT: **PAVEL OMELIN**
MOTHER/PARENT: **EVGENIYA CHERNOVA**

MARITAL STATUS: **MARRIED**
SPOUSE: **ANNA SHIPILOVA**

METHOD OF DISPOSITION: **BURIAL**
PLACE OF DISPOSITION: **CALVARY CEMETERY**

OCCUPATION: **DISTRIBUTOR**
INDUSTRY: **WHOLESALE**
EDUCATION: **SOME COLLEGE CREDIT, BUT NO DEGREE**
US ARMED FORCES: **NO**

CITY, STATE: **TACOMA, WASHINGTON**
DISPOSITION DATE: **NOVEMBER 06, 2014**

FUNERAL FACILITY: **EDWARDS MEMORIAL CENTER**

INFORMANT: **EVGENIYA NACCARATO**
RELATIONSHIP: **MOTHER**
ADDRESS: **PO BOX 59974, RENTON, WA 98058**

ADDRESS: **3005 BRIDGEPORT WAY W.**
CITY, STATE, ZIP: **UNIVERSITY PLACE, WASHINGTON 98466**
FUNERAL DIRECTOR: **BRIANNE L. EDWARDS**

CAUSE OF DEATH:
A: **ASPIRATION OF GASTRIC CONTENTS**
   INTERVAL:
B:
   INTERVAL:
C:
   INTERVAL:
D:
   INTERVAL:

OTHER CONDITIONS CONTRIBUTING TO DEATH: **ALCOHOL INTOXICATION**

MANNER OF DEATH: **ACCIDENT**
AUTOPSY: **YES**
WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE
CAUSE OF DEATH: **YES**
DID TOBACCO USE CONTRIBUTE TO DEATH: **NO**
PREGNANCY STATUS IF FEMALE: **NOT APPLICABLE**

DATE OF INJURY: **OCTOBER 30, 2014**
HOUR OF INJURY: **UNKNOWN**
INJURY AT WORK: **NO**
PLACE OF INJURY: **RESIDENCE**

LOCATION OF INJURY: **4219 69TH AVENUE EAST**

CITY, STATE, ZIP: **FIFE, WASHINGTON 98324-3697**
COUNTY: **PIERCE**
DESCRIBE HOW INJURY OCCURRED: **ASPIRATED GASTRIC CONTENTS WHILE INTOXICATED**

CERTIFIER NAME: **THOMAS B. CLARK, III, MD**
TITLE: **CORONER/ME**
CERTIFIER ADDRESS: **3619 PACIFIC AVENUE**
CITY, STATE, ZIP: **TACOMA, WASHINGTON 98418-7929**
DATE SIGNED: **OCTOBER 31, 2014**

CASE REFERRED TO ME/CORONER: **YES**
FILE NUMBER: **14-1625**
ATTENDING PHYSICIAN: **NOT APPLICABLE**

IF TRANSPORTATION INJURY, SPECIFY: **NOT APPLICABLE**

LOCAL DEPUTY REGISTRAR: **WENDY WHITE**
DATE RECEIVED: **NOVEMBER 03, 2014**

NOT VALID IF PHOTOCOPIED OR ALTERED

EXHIBIT A - Page 1