# EXHIBIT C

| RA_Report #1 | Created Date1 | AEC_Event Start Date1 | PRI_Product Role1 | PRI_Reported Brand/Product Name1 | Industry Code1 | PRI_FDA Industry Name1 | e at Adver | CI_Age Unit1 | CI_Gender1 | AEC_One Row Outcomes1 | SYM_One Row Coded Symptoms1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86709 | 7/7/2006 | 6/30/2006 | Suspect | COCA COLA | 29 | Soft Drink/Water | | Not Available | Male | VISITED AN ER | MALAISE, NAUSEA, DIARRHOEA, ABDOMINAL PAIN UPPER, ABDOMINAL PAIN |
| 86748 | 7/10/2006 | 6/30/2006 | Suspect | COCA COLA | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | PRURITUS |
| 86749 | 7/10/2006 | 6/30/2006 | Suspect | COCA COLA | 29 | Soft Drink/Water | | Not Available | Male | VISITED AN ER | PRURITUS, RASH |
| 92701 | 4/25/2007 | 8/9/2006 | Suspect | COCA COLA | 29 | Soft Drink/Water | 54 | Year(s) | Male | LIFE THREATENING | DEPRESSION, VISUAL ACUITY REDUCED |
| 158839 | 11/10/2012 | | Suspect | COCA COLA | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | HEART RATE ABNORMAL, MALAISE, HEART RATE DECREASED |
| 127381 | 6/18/2010 | 6/15/2010 | Suspect | COCA COLA BOTTLE OF REGULAR COCA COLA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | HEADACHE, PHARYNGITIS |
| 113437 | 5/22/2009 | | Suspect | COCA COLA BOTTLING COMPANY DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER | HEADACHE |
| 134892 | 1/28/2011 | 1/2/2011 | Suspect | COCA COLA BRAND COKE CLASSIC (WITH CHRISTMAS LABEL) | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER, VISITED AN ER | VOMITING, DIARRHOEA, ABDOMINAL PAIN, ESCHERICHIA INFECTION |
| 90669 | 1/18/2007 | | Suspect | COCA COLA CAFFEINE FREE COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | OROPHARYNGEAL SWELLING, ERYTHEMA |
| 147741 | 1/14/2012 | 1/13/2012 | Suspect | COCA COLA CAFFEINE FREE COLA | 29 | Soft Drink/Water | 76 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |
| 109423 | 1/25/2009 | 12/26/2008 | Suspect | COCA COLA CAFFEINE FREE DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, MALAISE |
| 109438 | 1/26/2009 | 12/26/2008 | Suspect | COCA COLA CAFFEINE FREE DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | MALAISE, NAUSEA |
| 109439 | 1/26/2009 | 12/26/2008 | Suspect | COCA COLA CAFFEINE FREE DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, MALAISE |
| 89346 | 11/8/2006 | 10/29/2006 | Suspect | COCA COLA CAFFEINE FREE, DIET SODA | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | DIARRHOEA, ABDOMINAL DISCOMFORT |
| 133028 | 12/4/2010 | | Suspect | COCA COLA CAN | 29 | Soft Drink/Water | 61 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | DIZZINESS, BLOOD PRESSURE FLUCTUATION, FALL, HALLUCINATION, BLOOD PRESSURE DECREASED |
| 123841 | 3/2/2010 | | Suspect | COCA COLA CARBONATED BEVERAGE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |
| 127523 | 6/23/2010 | | Suspect | COCA COLA CARBONATED BEVERAGE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | RETCHING, VOMITING |
| 130238 | 9/23/2010 | | Suspect | COCA COLA CARBONATED BEVERAGE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN, DYSPEPSIA |
| 131357 | 10/26/2010 | | Suspect | COCA COLA CARBONATED BEVERAGE | 29 | Soft Drink/Water | 5 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | DYSPEPSIA, ABDOMINAL PAIN |
| 144219 | 10/7/2011 | | Suspect | COCA COLA CARBONATED BEVERAGE | 29 | Soft Drink/Water | 2 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | MALAISE |
| 150000 | 3/14/2012 | 5/11/2009 | Suspect | COCA COLA CARBONATED COLA FLAVORED SOFT DRINK | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | HEADACHE |
| 110659 | 2/28/2009 | | Suspect | COCA COLA CARBONATED COLA FLAVORED SOFT DRINT | 29 | Soft Drink/Water | 40 | Year(s) | Female | VISITED A HEALTH CARE PROVIDER, NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, DYSPEPSIA, CHILLS |
| 79723 | 7/26/2005 | | Suspect | COCA COLA CHERRY COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, ABDOMINAL PAIN, DIARRHOEA |
| 99025 | 12/20/2007 | | Suspect | COCA COLA CLASSIC | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | BURNING SENSATION, DYSPEPSIA |
| 88852 | 10/17/2006 | 10/12/2006 | Suspect | COCA COLA CLASSIC CARBONATED COLA FLAVORED SOFT DRINK | 29 | Soft Drink/Water | 14 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | PHARYNGITIS |
| 81195 | 10/6/2005 | 9/8/2005 | Suspect | COCA COLA CLASSIC CLASSIC COKE | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER, VISITED AN ER | PHARYNGOLARYNGEAL PAIN, MOUTH HAEMORRHAGE, CAUSTIC INJURY, PAIN, LOCAL SWELLING, PHARYNGOLARYNGEAL PAIN, CAUSTIC INJURY, DYSPHAGIA, HAEMORRHAGE, OROPHARYNGEAL SWELLING, TENDERNESS |

EXHIBIT C - Page 1

| ID | Date1 | Date2 | Role | Product | Code | Category | Age | Unit | Sex | Outcome | Symptoms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91515 | 2/24/2007 | 2/10/2007 | Suspect | COCA COLA CLASSIC COCA COLA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |
| 68898 | 5/12/2004 | 4/21/2004 | Suspect | COCA COLA CLASSIC COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, BURNING SENSATION |
| 85066 | 4/20/2006 | | Suspect | COCA COLA CLASSIC COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | DIARRHOEA |
| 125148 | 4/8/2010 | | Suspect | COCA COLA CLASSIC COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN, ABDOMINAL PAIN UPPER |
| 70143 | 7/1/2004 | 6/2/2004 | Suspect | COCA COLA CLASSIC COLA | 29 | Soft Drink/Water | 11 | Year(s) | Male | VISITED A HEALTH CARE PROVIDER | HEADACHE, FATIGUE, NASAL CONGESTION, PHYSICAL EXAMINATION, PALLOR, HEADACHE |
| 128734 | 8/5/2010 | 7/12/2010 | Suspect | COCA COLA CLASSIC SOFT DRINK | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER | DIZZINESS, DIARRHOEA, NAUSEA, CHEST PAIN |
| 142742 | 8/24/2011 | | Suspect | COCA COLA CLASSIC SOFT DRINK | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN, CONSTIPATION, THROAT IRRITATION, STOMACH DISCOMFORT |
| 106867 | 10/4/2008 | 9/24/2008 | Suspect | COCA COLA COCA COLA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING, ABDOMINAL DISCOMFORT |
| 127818 | 7/1/2010 | | Suspect | COCA COLA COCA COLA | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | POISONING, EUPHORIC MOOD |
| 105653 | 8/20/2008 | 7/27/2008 | Suspect | COCA COLA COCA COLA CLASSIC | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | NAUSEA |
| 132438 | 11/19/2010 | 11/15/2010 | Suspect | COCA COLA COCA COLA CLASSIC | 29 | Soft Drink/Water | 27 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN, NAUSEA |
| 132593 | 11/23/2010 | 11/14/2010 | Suspect | COCA COLA COCA COLA CLASSIC | 29 | Soft Drink/Water | 55 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN, VOMITING |
| 132594 | 11/23/2010 | 11/15/2010 | Suspect | COCA COLA COCA COLA CLASSIC | 29 | Soft Drink/Water | 23 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN, NAUSEA |
| 96886 | 9/29/2007 | 9/27/2007 | Suspect | COCA COLA COCO COLA DIET PLUS | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | DIARRHOEA, DISCOMFORT |
| 82976 | 1/6/2006 | 8/3/2005 | Suspect | COCA COLA COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER | VOMITING, NAUSEA, CHEST PAIN, DYSPNOEA, MALAISE |
| 85446 | 5/6/2006 | 3/16/2006 | Suspect | COCA COLA COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS, VISITED AN ER | LOSS OF CONSCIOUSNESS, DIZZINESS, DIZZINESS, VERTIGO, HEAD INJURY |
| 104054 | 6/20/2008 | 2/29/2008 | Suspect | COCA COLA COKE | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER | ABDOMINAL PAIN |
| 105547 | 8/16/2008 | 8/10/2008 | Suspect | COCA COLA COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | FEELING OF BODY TEMPERATURE CHANGE, HOT FLUSH |
| 107472 | 10/28/2008 | 6/16/2007 | Suspect | COCA COLA COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | NAUSEA |
| 120724 | 11/28/2009 | | Suspect | COCA COLA COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN |
| 121447 | 12/22/2009 | | Suspect | COCA COLA COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | HYPOAESTHESIA |
| 101692 | 3/27/2008 | | Suspect | COCA COLA COKE 0 | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING, ABDOMINAL PAIN, DIZZINESS, CHEST PAIN |
| 140140 | 6/14/2011 | 6/5/2011 | Suspect | COCA COLA COKE CAN | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | HEADACHE, DIZZINESS |
| 73704 | 11/13/2004 | | Suspect | COCA COLA COKE CLASSIC | 29 | Soft Drink/Water | | Not Available | Not Available | NON-SERIOUS INJURIES/ ILLNESS | MALAISE |
| 78322 | 5/20/2005 | 5/5/2005 | Suspect | COCA COLA COKE CLASSIC | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, VOMITING, DIARRHOEA |
| 91273 | 2/13/2007 | | Suspect | COCA COLA COKE CLASSIC | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER | VOMITING, DIARRHOEA, MALAISE, LIVER FUNCTION TEST ABNORMAL |
| 99982 | 1/30/2008 | 12/16/2007 | Suspect | COCA COLA COKE CLASSIC | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | DYSPEPSIA, BURNING SENSATION, FLATULENCE, GASTROOESOPHAGEAL REFLUX DISEASE |
| 94799 | 7/21/2007 | 7/10/2007 | Suspect | COCA COLA COKE ZERO | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER, VISITED AN ER | MALAISE, NAUSEA, BURNING SENSATION, DIARRHOEA, ERUCTATION |
| 98081 | 11/16/2007 | 11/3/2007 | Suspect | COCA COLA COKE ZERO | 29 | Soft Drink/Water | | Not Available | Male | HOSPITALIZATION, VISITED AN ER | FEELING OF BODY TEMPERATURE CHANGE, URINARY HESITATION, MALAISE, DYSGEUSIA, PYREXIA, URINARY TRACT INFECTION |
| 134581 | 1/19/2011 | 12/31/2010 | Suspect | COCA COLA COKE ZERO | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER | NAUSEA, DIARRHOEA, FOOD POISONING, DEHYDRATION |
| 143278 | 9/9/2011 | 7/24/2011 | Suspect | COCA COLA COKE ZERO | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER | LOSS OF CONSCIOUSNESS, HYPERHIDROSIS, FEELING OF BODY TEMPERATURE CHANGE, ABDOMINAL PAIN, BURNING SENSATION, BLINDNESS, DEAFNESS, FATIGUE, FATIGUE, OROPHARYNGEAL PAIN, CHEST PAIN, DISORIENTATION, DIZZINESS |

EXHIBIT C - Page 2

| ID | Date 1 | Date 2 | Role | Product | Code | Category | Age | Age Unit | Sex | Outcome | Symptoms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 123843 | 3/2/2010 | 11/16/2009 | Suspect | COCA COLA COLA FLAVORED CARBONATED BEVERAGE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |
| 125723 | 4/27/2010 | 4/19/2010 | Suspect | COCA COLA COLA SODA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, ABDOMINAL PAIN, APPETITE DISORDER, ABDOMINAL PAIN, DIARRHOEA, ABDOMINAL PAIN UPPER, DEHYDRATION |
| 68292 | 4/16/2004 | | Suspect | COCA COLA DIET CAFFEINE FREE COLA | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | VOMITING, NAUSEA |
| 69441 | 6/3/2004 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER, NON-SERIOUS INJURIES/ ILLNESS | FEELING HOT, PHYSICAL EXAMINATION, DIZZINESS |
| 70189 | 7/2/2004 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | BLISTER, BURNING SENSATION, SWOLLEN TONGUE, STOMATITIS |
| 72847 | 10/8/2004 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | DIARRHOEA |
| 73080 | 10/19/2004 | 10/17/2004 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | DIARRHOEA, NAUSEA, HEADACHE |
| 78962 | 6/18/2005 | 6/16/2005 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | NAUSEA, DYSPEPSIA, RETCHING, MALAISE |
| 82258 | 12/2/2005 | 11/28/2005 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | SALIVARY HYPERSECRETION, HYPOAESTHESIA ORAL, SWOLLEN TONGUE |
| 82922 | 1/5/2006 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | DISABILITY, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., LIFE THREATENING | BIPOLAR I DISORDER, CONVULSION, ANXIETY |
| 90036 | 12/15/2006 | 12/8/2006 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER, NON-SERIOUS INJURIES/ ILLNESS | BURNING SENSATION, DIARRHOEA, ORAL DISCOMFORT, THROAT IRRITATION |
| 90248 | 12/27/2006 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | 18 | Year(s) | Male | HOSPITALIZATION, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., LIFE THREATENING | TRIGEMINAL NEURALGIA, HEADACHE |
| 96246 | 9/11/2007 | 2/16/2007 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | RETCHING |
| 99268 | 1/3/2008 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | 28 | Year(s) | Female | HOSPITALIZATION, VISITED A HEALTH CARE PROVIDER, NON-SERIOUS INJURIES/ ILLNESS | VISION BLURRED, NECK PAIN, PANIC ATTACK, ELECTROCARDIOGRAM, HEART RATE IRREGULAR, ANXIETY, DEPRESSED LEVEL OF CONSCIOUSNESS, SENSORY LOSS |
| 101645 | 3/26/2008 | 5/17/2007 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER, VISITED AN ER | VOMITING, MALAISE |
| 101973 | 4/3/2008 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS, VISITED AN ER | CHEST PAIN, HEART RATE INCREASED, ASTHENIA, FATIGUE, BURNING SENSATION, TREMOR, MYALGIA, HYPOAESTHESIA, ABDOMINAL PAIN, TINNITUS, PALPITATIONS, HEART RATE ABNORMAL, PARAESTHESIA, DYSURIA, CARDIAC FIBRILLATION, DEAFNESS, TINNITUS, ASTHENIA, ADJUSTMENT DISORDER |
| 104321 | 6/27/2008 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER | DIARRHOEA |
| 105219 | 8/5/2008 | 8/3/2008 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | 40 | Year(s) | Male | VISITED A HEALTH CARE PROVIDER, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT. | HEMIPARESIS, MALAISE, DIZZINESS, FATIGUE |
| 107804 | 11/12/2008 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), HOSPITALIZATION | DEPRESSED MOOD, HEADACHE, PARAESTHESIA, DYSARTHRIA, CONFUSIONAL STATE, MOOD SWINGS, ONYCHOCLASIS, COUGH, EXOPHTHALMOS |
| 113790 | 6/6/2009 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | VOMITING |
| 116258 | 7/30/2009 | 4/10/2009 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, HEADACHE |
| 116533 | 8/8/2009 | 6/13/2009 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, ABDOMINAL PAIN, ARTHRALGIA, BACK PAIN |
| 124573 | 3/23/2010 | 3/20/2010 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING |
| 142987 | 8/31/2011 | | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | NAUSEA, MALAISE, DIARRHOEA |
| 151179 | 4/14/2012 | 2/16/2012 | Suspect | COCA COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | DYSGEUSIA |
| 77180 | 3/31/2005 | | Suspect | COCA COLA DIET SOFT DRINK | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |

EXHIBIT C - Page 3

| ID | Date1 | Date2 | Role | Product | Code | Category | Age | Age Unit | Sex | Outcome | Symptoms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 153565 | 6/19/2012 | 9/20/2011 | Suspect | COCA COLA REGULAR | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | CHOKING, OESOPHAGEAL INJURY |
| 69078 | 5/18/2004 | 5/13/2004 | Suspect | COCA COLA REGULAR DRINK | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | NAUSEA, BLOOD PRESSURE INCREASED, EMERGENCY CARE EXAMINATION |
| 81219 | 10/7/2005 | 10/3/2005 | Suspect | COCA COLA REGULAR DRINK | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING |
| 75874 | 2/5/2005 | 2/28/2003 | Suspect | COCA COLA SODA | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | VOMITING, RIGORS, BODY TEMPERATURE INCREASED |
| 75930 | 2/7/2005 | 2/28/2003 | Suspect | COCA COLA SODA | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | DYSGEUSIA, RIGORS, DIARRHOEA, BODY TEMPERATURE INCREASED, VOMITING |
| 128413 | 7/24/2010 | | Suspect | COCA COLA SODA | 29 | Soft Drink/Water | 54 | Year(s) | Female | REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., NON-SERIOUS INJURIES/ ILLNESS | URINE ANALYSIS ABNORMAL |
| 152650 | 5/23/2012 | 4/27/2012 | Suspect | COCA COLA SODA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | BURNING SENSATION, PHARYNGITIS, NAUSEA, PARAESTHESIA |
| 101341 | 3/18/2008 | | Suspect | COCA COLA SODA BEVERAGE | 30 | Beverage Bases/Cor | 12 | Year(s) | Male | VISITED AN ER | NAUSEA, ABDOMINAL PAIN, ABDOMINAL PAIN UPPER, HEADACHE, NASOPHARYNGITIS |
| 96654 | 9/20/2007 | 4/15/2007 | Suspect | COCA COLA ZERO | 29 | Soft Drink/Water | | Not Available | Female | LIFE THREATENING | BLISTER, ANAPHYLACTOID REACTION |
| 103476 | 5/22/2008 | | Suspect | COCA COLA ZERO | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | DIZZINESS |
| 151786 | 4/30/2012 | 4/23/2012 | Suspect | COCA COLA ZERO CHERRY | 29 | Soft Drink/Water | | Not Available | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | VISION BLURRED, MIGRAINE |
| 109176 | 1/13/2009 | | Suspect | COCA COLA ZERO COLA | 29 | Soft Drink/Water | 21 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | DIZZINESS, EYE IRRITATION, NAUSEA, EYE PAIN, INSOMNIA, HYPERSOMNIA |
| 121131 | 12/11/2009 | | Suspect | COCA-COLA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING |
| 90484 | 1/10/2007 | 6/26/2006 | Suspect | COCA-COLA BLAK | 29 | Soft Drink/Water | 14 | Year(s) | Female | LIFE THREATENING | HYPERSENSITIVITY |
| 79421 | 7/9/2005 | 6/16/2005 | Suspect | COCA-COLA CLASSIC | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | DYSGEUSIA |
| 79440 | 7/11/2005 | 6/16/2005 | Suspect | COCA-COLA CLASSIC | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | DYSGEUSIA |
| 80028 | 8/11/2005 | | Suspect | COCA-COLA CLASSIC | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | ORAL DISCOMFORT |
| 119649 | 10/29/2009 | 7/15/2008 | Suspect | COCA-COLA CLASSIC | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, VOMITING |
| 126583 | 5/22/2010 | 11/9/2009 | Suspect | COCA-COLA COCA-COLA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | FEELING OF BODY TEMPERATURE CHANGE, VOMITING, NAUSEA, BODY TEMPERATURE INCREASED |
| 67367 | 3/13/2004 | 3/7/2004 | Suspect | COCA-COLA COCA-COLA CLASSIC | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | HEADACHE |
| 75461 | 1/19/2005 | 12/26/2004 | Suspect | COCA-COLA COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, DRY MOUTH |
| 140238 | 6/16/2011 | 3/3/2011 | Suspect | COCA-COLA COKE | 29 | Soft Drink/Water | 84 | Year(s) | Female | HOSPITALIZATION, VISITED AN ER | VISION BLURRED, DIARRHOEA, VOMITING, ASTHENIA, FATIGUE, DEHYDRATION |
| 132969 | 12/2/2010 | | Suspect | COCA-COLA COKE ZERO | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | DYSGEUSIA |
| 87911 | 8/31/2006 | | Suspect | COCA-COLA DIET CHERRY COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | THROAT IRRITATION |
| 72275 | 9/18/2004 | 8/19/2004 | Suspect | COCA-COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |
| 90469 | 1/10/2007 | 12/15/2006 | Suspect | COCA-COLA DIET COKE | 29 | Soft Drink/Water | 41 | Year(s) | Female | VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | ANXIETY, MOOD SWINGS, FATIGUE, MUSCLE SPASMS, MYALGIA, HEADACHE |
| 92403 | 4/4/2007 | | Suspect | COCA-COLA DIET COKE | 29 | Soft Drink/Water | 26 | Year(s) | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), VISITED A HEALTH CARE PROVIDER, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT. | MIGRAINE, AURA, MUSCULAR WEAKNESS, FATIGUE, PAIN, DIZZINESS, HEADACHE, CEREBROVASCULAR ACCIDENT, FIBROMYALGIA |
| 123241 | 2/11/2010 | 11/30/2009 | Suspect | COCA-COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | HEADACHE |
| 138275 | 4/26/2011 | | Suspect | COCA-COLA DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER | HEART RATE IRREGULAR, BLOOD PRESSURE FLUCTUATION |
| 74168 | 12/2/2004 | 10/25/2004 | Suspect | COCA-COLA DIET COKE WITH LIME | 29 | Soft Drink/Water | 46 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS, VISITED AN ER | DIARRHOEA, VOMITING, ABDOMINAL PAIN UPPER, EMERGENCY CARE EXAMINATION |
| 65532 | 1/8/2004 | | Suspect | COCA-COLA VANILLA COKE | 29 | Soft Drink/Water | 15 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | ABDOMINAL PAIN UPPER |
| 89049 | 10/26/2006 | 10/11/2006 | Suspect | COKE | 29 | Soft Drink/Water | | Not Available | Not Available | NON-SERIOUS INJURIES/ ILLNESS | HEADACHE, VOMITING, DIZZINESS, DIARRHOEA, NAUSEA |
| 86017 | 6/3/2006 | | Suspect | COKE CAFFEINE FREE DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING, PHARYNGITIS, VOMITING, LARYNGITIS, NASAL CONGESTION |

EXHIBIT C - Page 4

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94629 | 7/14/2007 | 2/24/2007 | Suspect | COKE CAFFEINE FREE DIET COKE | | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, PSYCHOSOMATIC DISEASE |
| 105501 | 8/15/2008 | | Suspect | COKE CAFFEINE FREE DIET COKE | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING |
| 153559 | 6/19/2012 | | Suspect | COKE COCA COLA | | 29 | Soft Drink/Water | | Not Available | Male | VISITED AN ER | NAUSEA, VOMITING |
| 153576 | 6/20/2012 | | Suspect | COKE COCA COLA | | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | VOMITING, NAUSEA |
| 130985 | 10/14/2010 | | Suspect | COKE COCA-COLA | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |
| 138979 | 5/12/2011 | | Suspect | COKE COLA COMPANY DIET COKE CARBONATED BEVERAGE | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA |
| 66283 | 1/31/2004 | | Suspect | COKE COLA DIET COKE WITH LEMON | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | FEELING ABNORMAL, DYSPNOEA |
| 148380 | 2/1/2012 | | Suspect | COKE COLA ZERO CALORIE CARBONATED SOFT DRINK | | 29 | Soft Drink/Water | 87 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | MUSCLE SPASMS |
| 86505 | 6/27/2006 | | Suspect | COKE DIET COKE | | 29 | Soft Drink/Water | 8 | Year(s) | Not Available | VISITED AN ER | BURNING SENSATION, DYSPEPSIA |
| 104949 | 7/23/2008 | 6/24/2008 | Suspect | COKE DIET COKE | | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER | DIARRHOEA, ANXIETY, NERVOUSNESS |
| 77867 | 5/5/2005 | | Suspect | COKE DIET SODA | | 29 | Soft Drink/Water | 50 | Year(s) | Male | VISITED A HEALTH CARE PROVIDER, LIFE THREATENING | HYPOAESTHESIA, HEADACHE, FOOD POISONING |
| 82816 | 12/29/2005 | 6/13/2005 | Suspect | COKE DIET-COKE | | 29 | Soft Drink/Water | 40 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | HEADACHE, DIARRHOEA, NAUSEA |
| 142218 | 8/6/2011 | 7/11/2011 | Suspect | COKE SODA | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | OROPHARYNGEAL PAIN |
| 142236 | 8/8/2011 | 7/11/2011 | Suspect | COKE SODA | | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | DIARRHOEA |
| 85124 | 4/24/2006 | 4/20/2006 | Suspect | COKE SOFT DRINKS | | 29 | Soft Drink/Water | 41 | Year(s) | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | DRUG TOXICITY, FEELING ABNORMAL, ANXIETY |
| 156424 | 9/12/2012 | 3/17/2012 | Suspect | COKE ZERO | | 29 | Soft Drink/Water | | Not Available | Male | NON-SERIOUS INJURIES/ ILLNESS | SUICIDAL IDEATION, DEPRESSION |
| 68038 | 4/8/2004 | 10/1/2003 | Suspect | DIET COCA COLA | | 29 | Soft Drink/Water | 67 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS, DISABILITY | PAIN IN EXTREMITY, CARPAL TUNNEL SYNDROME, PARAESTHESIA, HYPERSENSITIVITY, PHYSICAL EXAMINATION, PHYSICAL EXAMINATION, WALKING AID USER, BURNING SENSATION |
| 86844 | 7/13/2006 | 7/3/2006 | Suspect | DIET COCA COLA WITH LIME | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, VOMITING, DIARRHOEA, MALAISE |
| 65421 | 1/6/2004 | 8/21/2003 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 14 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | ALOPECIA |
| 65420 | 1/6/2004 | 11/1/2003 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 33 | Year(s) | Male | LIFE THREATENING, DISABILITY | PARAESTHESIA, PHYSICAL EXAMINATION, HOSPITALISATION, PALPITATIONS, ORTHOSTATIC HYPOTENSION, CHEST PAIN, EXTRASYSTOLES, DIZZINESS, VENTRICULAR EXTRASYSTOLES |
| 65438 | 1/6/2004 | 11/1/2003 | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Female | LIFE THREATENING, DISABILITY | BALANCE DISORDER, ORTHOSTATIC HYPOTENSION, BLOOD PRESSURE INCREASED, CHEST PAIN, VENTRICULAR EXTRASYSTOLES, ARRHYTHMIA, EAR, NOSE AND THROAT EXAMINATION, PARAESTHESIA, EXTRASYSTOLES, PHYSICAL EXAMINATION, HYPERSENSITIVITY, HOSPITALISATION, TINNITUS, DIZZINESS, HOSPITALISATION, PALPITATIONS |
| 66811 | 2/20/2004 | 2/16/2004 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 49 | Year(s) | Female | LIFE THREATENING | URTICARIA, HEADACHE, HAEMATOCHEZIA, VISUAL DISTURBANCE, HYPERTONIC BLADDER, WEIGHT INCREASED, MUSCULAR WEAKNESS |
| 67574 | 3/23/2004 | 2/21/2004 | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER, VISITED A HEALTH CARE PROVIDER, LIFE THREATENING | SUPRAVENTRICULAR EXTRASYSTOLES, HOSPITALISATION, MYOCARDIAL INFARCTION, PHYSICAL EXAMINATION, PALPITATIONS, PALPITATIONS |
| 70429 | 7/15/2004 | | Suspect | DIET COKE | | 30 | Beverage Bases/Con | 29 | Year(s) | Male | REQ. INTERVENTION TO PRVNT PERM. IMPRMNT. | TUNNEL VISION, MUSCLE TWITCHING, EYELID DISORDER, VISUAL FIELD DEFECT, MIGRAINE, VISUAL DISTURBANCE |
| 70414 | 7/15/2004 | | Suspect | DIET COKE | | 29 | Soft Drink/Water | 30 | Year(s) | Female | VISITED A HEALTH CARE PROVIDER, DISABILITY | PAIN, CHEST PAIN, IMPAIRED WORK ABILITY, DEPRESSION, MOBILITY DECREASED, PHYSICAL EXAMINATION, INSOMNIA, VISUAL ACUITY REDUCED, ANXIETY |

EXHIBIT C - Page 5

| ID | Date1 | Date2 | Role | Product | Code | Category | Age | Unit | Sex | Outcome | Symptoms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 72438 | 9/24/2004 | 1/1/1998 | Suspect | DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER, DISABILITY | VISUAL FIELD DEFECT, OEDEMA PERIPHERAL, SIMPLE PARTIAL SEIZURES, HYPERHIDROSIS, HEADACHE, CONFUSIONAL STATE, SOMNOLENCE, DEPRESSED MOOD, NAUSEA, ABDOMINAL PAIN, VISION BLURRED, PHYSICAL EXAMINATION, DEPRESSION, DIZZINESS, HAIR TEXTURE ABNORMAL, DRY SKIN, FATIGUE, FLUID RETENTION, WEIGHT INCREASED, FEELING HOT, PRURITUS, MEMORY IMPAIRMENT, HEADACHE, DYSPNOEA, HYPERSOMNIA, THROAT IRRITATION, HYPERHIDROSIS, WALKING AID USER |
| 74647 | 12/20/2004 | 11/7/2004 | Concomitant | DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING, NAUSEA, DIARRHOEA |
| 75127 | 1/6/2005 | 12/14/2004 | Suspect | DIET COKE | 45 | Food Additives (Hur | 55 | Year(s) | Female | LIFE THREATENING | RASH PAPULAR, DEPRESSION, PAIN, SOMNOLENCE, ARTHRITIS, RASH PAPULAR |
| 78069 | 5/12/2005 | 10/5/2004 | Concomitant | DIET COKE | 29 | Soft Drink/Water | 36 | Year(s) | Female | HOSPITALIZATION, VISITED AN ER | MYOCARDIAL INFARCTION |
| 81546 | 10/25/2005 | 5/16/2005 | Suspect | DIET COKE | 45 | Food Additives (Hur | 34 | Year(s) | Female | VISITED AN ER, VISITED A HEALTH CARE PROVIDER, LIFE THREATENING | DYSPNOEA, RASH, HYPERSENSITIVITY, HOSPITALISATION |
| 82464 | 12/13/2005 | 12/5/2005 | Suspect | DIET COKE | 29 | Soft Drink/Water | 52 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS | FEELING ABNORMAL, NAUSEA, PAIN IN EXTREMITY |
| 83182 | 1/18/2006 | 1/1/2005 | Suspect | DIET COKE | 29 | Soft Drink/Water | 35 | Year(s) | Male | VISITED A HEALTH CARE PROVIDER | DIZZINESS, HEADACHE, NAUSEA |
| 83323 | 1/23/2006 | 1/2/1985 | Suspect | DIET COKE | 29 | Soft Drink/Water | 20 | Year(s) | Female | DISABILITY, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), HOSPITALIZATION | LOSS OF CONSCIOUSNESS |
| 84267 | 3/9/2006 | 9/21/2005 | Suspect | DIET COKE | 29 | Soft Drink/Water | 38 | Year(s) | Female | VISITED AN ER, VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | VOMITING, ARTHRALGIA, LETHARGY, HEADACHE, CONFUSIONAL STATE, CEREBROVASCULAR ACCIDENT, THYROID FUNCTION TEST ABNORMAL, IRRITABILITY, IRRITABILITY, ARTHRITIS, PALPITATIONS, NAUSEA, CEREBROVASCULAR ACCIDENT, COORDINATION ABNORMAL, IRRITABILITY, HYPOAESTHESIA, DISTURBANCE IN ATTENTION |
| 85988 | 6/2/2006 | | Suspect | DIET COKE | 29 | Soft Drink/Water | 27 | Year(s) | Female | VISITED AN ER, VISITED A HEALTH CARE PROVIDER, HOSPITALIZATION | DIZZINESS, HEADACHE, HEART RATE INCREASED, CONVULSION, SYNCOPE |
| 93487 | 6/5/2007 | 8/1/1998 | Suspect | DIET COKE | 29 | Soft Drink/Water | 31 | Year(s) | Female | LIFE THREATENING, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | HEADACHE, CONFUSIONAL STATE, OPTIC NEURITIS, HUNGER, BRAIN MASS, COGNITIVE DISORDER, OBSESSIVE-COMPULSIVE DISORDER, MULTIPLE SCLEROSIS, MENSTRUATION IRREGULAR, HYPERSENSITIVITY, PROTEIN TOTAL DECREASED, THIRST |
| 94652 | 7/16/2007 | 6/1/2002 | Suspect | DIET COKE | 29 | Soft Drink/Water | 14 | Year(s) | Male | HOSPITALIZATION | HYPOTHYROIDISM, ALOPECIA, LEARNING DISABILITY, CONVULSION, THYROXINE DECREASED, FATIGUE |
| 95418 | 8/14/2007 | 12/20/2001 | Suspect | DIET COKE | 29 | Soft Drink/Water | 34 | Year(s) | Female | REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., HOSPITALIZATION | OPTIC NEURITIS, MULTIPLE SCLEROSIS, NERVOUS SYSTEM DISORDER, OPTIC NERVE DISORDER |
| 95801 | 8/28/2007 | 8/25/2003 | Suspect | DIET COKE | 29 | Soft Drink/Water | | Not Available | Female | HOSPITALIZATION, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), LIFE THREATENING | MIGRAINE, WEIGHT INCREASED, MULTIPLE SCLEROSIS |
| 96540 | 9/17/2007 | 9/7/2007 | Suspect | DIET COKE | 29 | Soft Drink/Water | 38 | Year(s) | Male | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | LETHARGY, MOOD ALTERED, ASTHENIA, DEPRESSION, DEPRESSED MOOD, ASTHENIA |
| 98362 | 11/29/2007 | 1/1/2003 | Suspect | DIET COKE | 29 | Soft Drink/Water | 29 | Year(s) | Female | VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | CARPAL TUNNEL SYNDROME, SYSTEMIC LUPUS ERYTHEMATOSUS, FATIGUE, ARTHRALGIA, CHEST PAIN, HEADACHE |
| 99573 | 1/14/2008 | 3/7/2007 | Suspect | DIET COKE | 29 | Soft Drink/Water | | Not Available | Male | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), VISITED A HEALTH CARE PROVIDER, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT. | MULTIPLE SCLEROSIS, NERVOUS SYSTEM DISORDER, SPINAL CORD INJURY |

EXHIBIT C - Page 6

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99676 | 1/17/2008 | 11/1/2006 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 45 | Year(s) | Female | DISABILITY, HOSPITALIZATION, VISITED A HEALTH CARE PROVIDER, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., LIFE THREATENING | PRURITUS, HYPERTENSION, HEADACHE, HOT FLUSH, URTICARIA |
| 99827 | 1/24/2008 | 1/18/2008 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 39 | Year(s) | Female | VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | HYPOAESTHESIA, NAUSEA, PARAESTHESIA, SWELLING |
| 102824 | 4/29/2008 | 10/18/2007 | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Male | LIFE THREATENING | DIZZINESS, DIZZINESS, LOSS OF CONSCIOUSNESS, HYPOVENTILATION, CONVULSION |
| 102924 | 5/1/2008 | 4/14/2006 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 19 | Year(s) | Female | HOSPITALIZATION, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., LIFE THREATENING | VERTIGO, NAUSEA, HEADACHE, VOMITING, AMNESIA, HYPOAESTHESIA, PARAESTHESIA, INFLUENZA LIKE ILLNESS, HYPERSENSITIVITY, VISION BLURRED |
| 103817 | 6/11/2008 | 6/7/2008 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 59 | Year(s) | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | VOMITING, STOMACH DISCOMFORT, PHARYNGITIS, HEADACHE |
| 104582 | 7/8/2008 | 6/6/2008 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 60 | Year(s) | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), VISITED A HEALTH CARE PROVIDER, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT. | PROCTALGIA, ANORECTAL DISORDER |
| 105802 | 8/28/2008 | | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | HEADACHE, DIZZINESS, MOOD ALTERED, MEMORY IMPAIRMENT, SWELLING, JOINT SWELLING, PALPITATIONS, SLEEP DISORDER |
| 107455 | 10/28/2008 | 10/5/2008 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 47 | Year(s) | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | FLUSHING, VISION BLURRED, DEPRESSION, PARAESTHESIA, FATIGUE, PARAESTHESIA, SOCIAL AVOIDANT BEHAVIOUR |
| 109179 | 1/14/2009 | | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Male | VISITED A HEALTH CARE PROVIDER | HYPERSENSITIVITY, MIGRAINE, PAIN, PAIN |
| 109868 | 2/5/2009 | 5/27/2008 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 46 | Year(s) | Male | DISABILITY, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), LIFE THREATENING | THIRST, HEADACHE, PAIN, PAIN IN EXTREMITY, PAIN IN EXTREMITY, NECK PAIN, DEHYDRATION, PLANTAR FASCIITIS, PAIN IN EXTREMITY, WEIGHT INCREASED, DRY EYE, TINNITUS, POLLAKIURIA, ARTHRALGIA |
| 111648 | 3/31/2009 | | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | VOMITING, DIARRHOEA, MALAISE |
| 121977 | 1/7/2010 | 2/14/1989 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 17 | Year(s) | Female | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), VISITED AN ER | GRAND MAL CONVULSION, HEADACHE |
| 122537 | 1/22/2010 | | Suspect | DIET COKE | | 29 | Soft Drink/Water | 38 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | MEMORY IMPAIRMENT, AMNESIA, MEMORY IMPAIRMENT, SPEECH DISORDER |
| 123795 | 3/2/2010 | 7/8/2007 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 45 | Year(s) | Male | DEATH | GLIOBLASTOMA |
| 130427 | 9/30/2010 | 8/20/2005 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 37 | Year(s) | Female | HOSPITALIZATION, REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | REACTION TO FOOD ADDITIVE, DEPRESSION, PAIN, TRIGEMINAL NEURALGIA |
| 130996 | 10/14/2010 | 8/6/2010 | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Female | VISITED AN ER | BURNING SENSATION, BURN OESOPHAGEAL, DYSPEPSIA |
| 139412 | 5/26/2011 | | Suspect | DIET COKE | | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER | RASH, BLISTER, SWELLING, OEDEMA, PARAESTHESIA, HEADACHE, HYPERSENSITIVITY, DYSPEPSIA |
| 150711 | 4/3/2012 | 8/12/2002 | Suspect | DIET COKE | | 29 | Soft Drink/Water | 64 | Year(s) | Male | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), VISITED AN ER | PALPITATIONS |
| 92461 | 4/7/2007 | | Suspect | DIET COKE CAFFEINE FREE SODA | | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, MALAISE, ANXIETY, MEMORY IMPAIRMENT, IRRITABILITY, FATIGUE, ASTHENIA, PANIC ATTACK |

EXHIBIT C - Page 7

| ID | Date1 | Date2 | Role | Product | Code | Category | Age | Unit | Sex | Outcome | Symptoms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 89654 | 11/28/2006 | | Suspect | DIET COKE COCA COLA | 29 | Soft Drink/Water | | Not Available | Female | DISABILITY, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), LIFE THREATENING | ASTHENIA, DIZZINESS, WEIGHT INCREASED, DRY SKIN, INSOMNIA, CONTUSION, VISUAL DISTURBANCE, HYPOTRICHOSIS, SWELLING FACE, BACK INJURY, ANGER, DEPRESSED MOOD, FLUID RETENTION, CONSTIPATION, SUICIDAL IDEATION, SKIN DISORDER, ACNE, BREAST DISCHARGE, DISTURBANCE IN ATTENTION, LIBIDO DECREASED, MENSTRUAL DISCOMFORT, ARTHRALGIA, FEELING ABNORMAL, SCAR, SKIN DISORDER, EYE INFLAMMATION |
| 74811 | 12/22/2004 | 10/8/2004 | Suspect | DIET COKE DIET COLA | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS, VISITED AN ER | HEADACHE, LYMPHADENOPATHY, EMERGENCY CARE EXAMINATION, NAUSEA |
| 81879 | 11/10/2005 | | Suspect | DIET COKE DIET COLA | 29 | Soft Drink/Water | 24 | Year(s) | Female | NON-SERIOUS INJURIES/ ILLNESS, VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | MUSCLE TWITCHING, HYPERSENSITIVITY |
| 93655 | 6/13/2007 | 3/20/2007 | Suspect | DIET COKE SODA | 29 | Soft Drink/Water | 17 | Year(s) | Female | REQ. INTERVENTION TO PRVNT PERM. IMPRMNT., OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | ASTHENIA, RESTLESSNESS, FATIGUE, CONVULSION, ANXIETY, DEPRESSION, INSOMNIA, MEMORY IMPAIRMENT, MYALGIA, OBSESSIVE-COMPULSIVE DISORDER, PANIC ATTACK, VISUAL DISTURBANCE |
| 81668 | 11/1/2005 | 10/28/2005 | Suspect | DIET COKE WITH CAFFEINE | 29 | Soft Drink/Water | 57 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | FAECAL INCONTINENCE, LYMPHADENOPATHY, FATIGUE |
| 86856 | 7/14/2006 | 7/3/2006 | Suspect | DIET COKE WITH LIME | 29 | Soft Drink/Water | | Not Available | Female | NON-SERIOUS INJURIES/ ILLNESS | NAUSEA, MALAISE, DIARRHOEA, VOMITING |
| 84887 | 4/11/2006 | | Suspect | DIET COKE WITH NUTRASWEET | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | IRITIS, PYREXIA, TREMOR, TONSILLITIS, DIARRHOEA, EYE IRRITATION, CONSTIPATION, DEPRESSION, DIZZINESS, FATIGUE, IRRITABLE BOWEL SYNDROME, FIBROMYALGIA, HEADACHE, PHARYNGITIS, DYSPHONIA, OCULAR HYPERAEMIA, SYNCOPE, ALOPECIA, BODY TEMPERATURE INCREASED, MEMORY IMPAIRMENT, MENTAL IMPAIRMENT, MITRAL VALVE PROLAPSE, GENERAL PHYSICAL HEALTH DETERIORATION, LOCAL SWELLING, HERPES ZOSTER, EYE PAIN, ABNORMAL FAECES, NAIL HYPERTROPHY, EYE INFECTION, URETHRAL PAIN, VAGINAL INFECTION, PHOTOPHOBIA, ECZEMA, CYSTITIS, CONJUNCTIVITIS, LARYNGITIS, FUNGAL INFECTION, RASH, PHARYNGITIS, FATIGUE, EPISCLERITIS |
| 85470 | 5/9/2006 | 10/1/2005 | Suspect | DIET COKE WITH NUTRASWEET | 29 | Soft Drink/Water | | Not Available | Female | VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) | ABDOMINAL PAIN, DIZZINESS, ANXIETY, DEPRESSION, AMNESIA, MULTIPLE CHEMICAL SENSITIVITY |
| 81668 | 11/1/2005 | 10/28/2005 | Suspect | DIET COKE WITHOUT CAFFEINE | 29 | Soft Drink/Water | 57 | Year(s) | Male | NON-SERIOUS INJURIES/ ILLNESS | FAECAL INCONTINENCE, LYMPHADENOPATHY, FATIGUE |
| 123795 | 3/2/2010 | 7/8/2007 | Suspect | DIET PEPSI | 29 | Soft Drink/Water | 45 | Year(s) | Male | DEATH | GLIOBLASTOMA |
| 74823 | 12/23/2004 | 12/14/2004 | Concomitant | DIET SPRITE | 29 | Soft Drink/Water | 37 | Year(s) | Male | DEATH, HOSPITALIZATION, VISITED AN ER | DEATH |
| 136363 | 3/4/2011 | 9/18/2010 | Suspect | DIET CANADA DRY | 29 | Soft Drink/Water | 39 | Year(s) | Male | DEATH | CONVULSION |
| 74823 | 12/23/2004 | 12/14/2004 | Concomitant | GATORADE | 29 | Soft Drink/Water | 37 | Year(s) | Male | DEATH, HOSPITALIZATION, VISITED AN ER | DEATH |
| 70013 | 6/25/2004 | 7/15/2003 | Suspect | BUSH'S BAKED BEANS | 24 | Vegetables/Vegetable Prod | | Not Available | Male | DEATH | ABDOMINAL PAIN, NAUSEA, HOSPITALISATION, TRANSAMINASES INCREASED, METABOLIC ACIDOSIS, BLOOD CREATINE INCREASED, RENAL IMPAIRMENT, RENAL IMPAIRMENT, DYSPNOEA, HOSPITALISATION, DEATH |
| 109711 | 1/31/2009 | 1/21/2009 | Suspect | KEEBLER TOASTY PEANUT BUTTER CRACKERS | 3 | Bakery Prod/Dough | 82 | Year(s) | Female | DEATH, HOSPITALIZATION, VISITED AN ER | DIARRHOEA, DEATH, CHEST PAIN, HAEMATOCHEZIA, ABDOMINAL PAIN UPPER, VOMITING, MALAISE |
| 119014 | 10/14/2009 | 6/7/2009 | Suspect | NESTLE'S TOLL HOUSE CHOCOLATE CHIP COOKIE DOUGH | 3 | Bakery Prod/Dough | 85 | Year(s) | Female | DEATH | DIARRHOEA |

EXHIBIT C - Page 8