# EXHIBIT F



Appointments at Mayo Clinic

Mayo Clinic offers appointments in Arizona, Florida and Minnesota and at Mayo Clinic Health System locations.

Request Appointment

Healthy Lifestyle

# Nutrition and healthy eating

Print

| Basics | In-Depth | Expert Answers | Expert Blog | Multimedia | Resources | News From Mayo Clinic | What's New |

Products and services



## Taurine is listed as an ingredient in many energy drinks. What is taurine? Is it safe?

Answers from **Katherine Zeratsky, R.D., L.D.**

Taurine is an amino acid that supports neurological development and helps regulate the level of water and minerals in the blood. Taurine is also thought to have antioxidant properties.

Taurine is found naturally in meat, fish and breast milk, and it's commonly available as a dietary supplement. Some studies suggest that taurine supplementation may improve athletic performance, which may explain why taurine is used in many energy drinks.

Other studies suggest that taurine combined with caffeine improves mental performance, although this finding remains controversial. And in one study, people with congestive heart failure who took taurine supplements three times a day for two weeks showed improvement in their exercise capacity.

Up to 3,000 milligrams a day of supplemental taurine is generally considered safe. Moderation is important, however. Little is known about the effects of heavy or long-term taurine use.

It's also important to remember that there may be high amounts of other ingredients in energy drinks, such as high amounts of caffeine or sugar. Too much caffeine can increase your heart rate and blood pressure, interrupt your sleep, and cause nervousness and irritability. And added sugar may provide unwanted added calories.

**Advertisement**

Mayo Clinic does not endorse companies or products. Advertising revenue supports our not-for-profit mission.

**Advertising & Sponsorship**
Policy | Opportunities | Ad Choices

**Mayo Clinic Marketplace**

Check out these best-sellers and special offers on books and newsletters from Mayo Clinic.

- 4 Simple Steps to a Joy-Filled Life
- NEW! Mayo Clinic Guide to Integrative Medicine
- Stop Osteoporosis in its Tracks
- Mayo Clinic on Healthy Aging
- The Mayo Clinic Diet Online

Free E-newsletter
**Subscribe to Housecall**
Our general interest e-newsletter keeps you up to date on a wide variety of health topics.

Sign up now



With

**Katherine Zeratsky, R.D., L.D.**

← Tap water or bottled water: Which is better?

Underweight: Add pounds healthfully →

Share   Tweet

Feb. 11, 2015

References ⌄

See more Expert Answers

## Products and Services

Book: The Mayo Clinic Diet

The Mayo Clinic Diet Online

Book: Mayo Clinic on Digestive Health

Book: The Mayo Clinic Kids' Cookbook

## See also

MIND diet may cut Alzheimer's risk

Healthy-eating habits

Reduce sugar in your diet

Acai berries

Add flax to your diet

Added sugar

Alcohol use

Show more ⌄

## Other Topics in Patient Care & Health Info

12/14/2017	Taurine in energy drinks What is it - Mayo Clinic
Case 3:17-cv-05837-RJB   Document 33-6   Filed 12/15/17   Page 4 of 4

| Healthy Lifestyle | Symptoms A-Z | Diseases and Conditions A-Z | Tests and Procedures A-Z |
| Drugs and Supplements A-Z | Appointments | Patient and Visitor Guide | Billing and Insurance |
| Patient Online Services | | | |

Healthy Lifestyle  >  Nutrition and healthy eating  >  Expert Answers  >  Taurine in energy drinks What is it                    FAQ-20058177

REQUEST APPOINTMENT | GIVE NOW | CONTACT US | ABOUT MAYO CLINIC | EMPLOYEES | SITE MAP | ABOUT THIS SITE

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
Privacy Policy
Notice of Privacy Practices
Notice of Nondiscrimination

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.



This site complies with the HONcode standard for trustworthy health information: verify here.

© 1998-2017 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.