UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANNA OMELIN,

        Plaintiff,

    v.

HANSEN BEVERAGE COMPANY et al.,

        Defendants.

Case No. 3:17-cv-05837-RJB

MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES

| | |
|---|---|
| TWENTY DAYS JURY TRIAL set for | April 29, 2019 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | May 31, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 31, 2018 |
| All motions related to discovery must be FILED by | December 10, 2018 |
| Discovery COMPLETED by | December 31, 2018 |
| All dispositive motions must be FILED by | January 29, 2019 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | April 1, 2019 |
| Agreed pretrial order LODGED with the court by | April 12, 2019 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | April 19, 2019 at 08:30 AM |
| Trial briefs, proposed voir dire & jury instructions due* | April 19, 2019 |

Minute Order Setting Trial and Pretrial Dates -1

\*JURY INSTRUCTIONS See Local Civil Rule LCR51. A Manual of Model Civil Jury Instructions For the Ninth Circuit - Latest Edition should be used as the format for proposed jury instructions. See www.wawd.uscourts.gov.

PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

If this case is settled, please advise Tyler Campbell, Courtroom Deputy to Judge Bryan, immediately at (253) 882-3822. If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

Counsel should contact the Court forthwith if the dates set forth in this order conflict with their schedules.

DATED: April 18, 2018

The foregoing Minute Order entered by /s/ Tyler Campbell   Deputy Clerk, **BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**

Minute Order Setting Trial and Pretrial Dates -2