The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA OMELIN, individually and as an administrator of the Estate of Anton Omelin, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE CORPORATION, a Delaware corporation, MONSTER ENERGY COMPANY, a Delaware corporation, RED BULL NORTH AMERICA, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Civil Action No. 3:17-cv-05837<br><br>DECLARATION OF AARON PERAHIA IN SUPPORT OF DEFENDANT RED BULL NORTH AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: FRIDAY, OCTOBER 12, 2018 |

Perahia Decl. ISO Def. Red Bull's Mot. for Summary Judgment
(3:17-cv-05837-RJB) - 1

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

# DECLARATION OF AARON PERAHIA

I, Aaron Perahia, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and I am counsel for defendant Red Bull North America, Inc. ("Red Bull"). I am a member in good standing of the State Bar of California and admitted *pro hac vice* to this Court. I respectfully submit this declaration in support of Red Bull's Motion for Summary Judgment. I have personal firsthand knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as **Exhibit A** is a true and correct copy of plaintiff Anna Omelin's ("Plaintiff's") Second Amended Complaint filed in this action on January 16, 2018 (Dkt. # 44).

3. Attached hereto as **Exhibit B** are true and correct copies of excerpts from the deposition of Plaintiff ("Omelin Tr.") taken in this action on August 6, 2018.

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's Objections and Responses to Defendant Monster Energy Company's Requests for Admission (Nos. 1-17) served in this action on June 28, 2018.

5. Attached hereto as **Exhibit D** are true and correct copies of excerpts from the deposition Thomas B. Clark, M.D. ("Clark Tr.") taken in this action on August 8, 2018.

6. Attached hereto as **Exhibit E** is a true and correct copy of a compilation of documents from the Medical Examiner's Office for Pierce County, Washington, authenticated at Clark Tr. at 12:24-15:8.

7. Attached hereto as **Exhibit F** are true and correct copies of excerpts from the deposition Angelito Quinto ("Quinto Tr.") taken in this action on August 9, 2018.

8. Attached hereto as **Exhibit G** is a true and correct copy of a Fife Police Department case file, authenticated at Quinto Tr. at 10:7-11:14.

9. Attached hereto as **Exhibit H** is a true and correct copy of images of the incident, authenticated at Omelin Tr. at 155:9-18, 156:12-157:3.

Perahia Decl. ISO Def. Red Bull's Mot. for Summary Judgment
(3:17-cv-05837-RJB) - 2

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

1    10.    Attached hereto as **Exhibit I** are true and correct copies of excerpts from the
2    deposition Michael J. Naccarato ("Naccarato Tr.") taken in this action on August 10, 2018.
3    11.    Attached hereto as **Exhibit J** is a true and correct copy of a Postmortem
4    Examination Report, authenticated at Clark Tr. at 38:7-20.
5    12.    Attached hereto as **Exhibit K** is a true and correct copy of a Certificate of Death,
6    authenticated at Clark Tr. at 52:19-53:18.
7    13.    Attached hereto as **Exhibit L** is a true and correct copy of Plaintiff's Opposition
8    to Red Bull's Motion to Dismiss Plaintiff's First Amended Complaint, filed in this action on
9    January 8, 2018 (Dkt. # 40).

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed on September 20, 2018, at Los Angeles, California.

*/s/* Aaron Perahia
Aaron Perahia

Perahia Decl. ISO Def. Red Bull's Mot. for Summary Judgment
(3:17-cv-05837-RJB) - 3

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

1
2
3            */s/*  S. Karen Bamberger
      S. Karen Bamberger, WSBA No. 18478
        kbamberger@bpmlaw.com
4            BETTS, PATTERSON & MINES
      Phone (206) 292-9988
5            Fax (206) 343-7053
6            701 Pike Street, Suite 1400
      Seattle, Washington 98101-3927
7
      Michael E. Williams (*pro hac vice*)
8              michaelwilliams@quinnemanuel.com
      Valerie A. Lozano (*pro hac vice*)
9              Valerielozano@quinnemanuel.com
10          Aaron Perahia (*pro hac vice*)
        aaronperahia@quinnemanuel.com
11          QUINN EMANUEL URQUHART &
      SULLIVAN, LLP
12          Phone (213) 443-3000
13          Fax (213) 443-3100
      865 South Figueroa Street, 10th Floor
14          Los Angeles, California 90017-5003
15
      *Attorneys for Defendant Red Bull North*
16          *America, Inc.*
17
18
19
20
21
22
23
24
25
26
27

Perahia Decl. ISO Def. Red Bull's Mot. for Summary Judgment      Betts Patterson Mines
(3:17-cv-05837-RJB) - 4      701 Pike Street, Suite 1400
     Seattle, Washington 98101-3927
     (206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2018, I caused a true and correct copy of the foregoing Declaration of Aaron Perahia to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED this 20th day of September, 2018.

> */s/*  S. Karen Bamberger
> S. Karen Bamberger, WSBA No. 18478

Perahia Decl. ISO Def. Red Bull's Mot. for Summary Judgment
(3:17-cv-05837-RJB) - 5

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988