The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA OMELIN, individually and as an administrator of the Estate of Anton Omelin, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE CORPORATION, a Delaware corporation, MONSTER ENERGY COMPANY, a Delaware corporation, RED BULL NORTH AMERICA, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Civil Action No. 3:17-cv-05837<br><br>DEFENDANT RED BULL NORTH AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: FRIDAY, OCTOBER 12, 2018 |

Def. Red Bull's Req. for Judicial Notice
(3:17-cv-05837-RJB) - 1

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

Pursuant to Rule 201 of the Federal Rules of Evidence, Red Bull North America, Inc. ("Red Bull") respectfully requests that the Court take judicial notice of Anton Omelin's Certificate of Death from the State of Washington's Department of Health, which is attached as **Exhibit K** to the Declaration of Aaron Perahia dated September 20, 2018, filed concurrently herewith.

## ARGUMENT

The Court "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. § 201(b)(2). Thus, the Court "may take judicial notice of 'matter of public record.'" *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (quoting *Mack v. S. Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986)); *see also Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (judicial notice of city government documents as public records). Judicial notice of public records is proper because "such documents 'are not subject to reasonable dispute.'" *Hogan v. Unum Life Ins. Co. of Am.*, 81 F. Supp. 3d 1016, 1020 (W.D. Wash. 2015) (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006)).

A death certificate is a matter of public record that is properly subject to judicial notice. *See, e.g.*, *MacLay v. M/V SAHARA*, 926 F. Supp. 2d 1209, 1217 (W.D. Wash. 2013); *see also In re State Farm Life Ins. Policy No.LF2655-1797*, 2011 WL 2174356, at *6 n.9 (C.D. Cal. June 1, 2011) ("A death certificate is not subject to reasonable dispute and is capable of accurate and ready determination."). In *MacLay*, the court took "judicial notice of the death certificate" and the facts stated therein, including "judicial notice of the mode/manner of [the decedent's] death as 'accident,' and the cause of death as 'drowning and skull fracture due to blunt force head injury.'" *Id.* (citing Wash. Rev. Code § 70.58.180). As in *Maclay*, Mr. Omelin's death certificate is a matter of public record, which was obtained from the State of Washington Department of Health. As a result, it is not subject to reasonable dispute and is capable of accurate and ready determination. Therefore, the Court should judicially notice Mr. Omelin's

Def. Red Bull's Req. for Judicial Notice
(3:17-cv-05837-RJB) - 2

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

1  death certificate in Exhibit K, as well as the fact that Mr. Omelin's death was caused by
2  "aspiration of gastric contents," with "alcohol intoxication" as the contributing condition to his
3  death. *See also, e.g.*, Dkt. # 64 at 7 (taking judicial notice of Mr. Omelin's death certificate).

## CONCLUSION

For the foregoing reasons, Red Bull respectfully requests the Court take judicial notice of the documents and facts in Exhibit K.

      */s/*  S. Karen Bamberger
S. Karen Bamberger, WSBA No. 18478
  kbamberger@bpmlaw.com
BETTS, PATTERSON & MINES
Phone (206) 292-9988
Fax (206) 343-7053
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927

Michael E. Williams (*pro hac vice*)
  michaelwilliams@quinnemanuel.com
Valerie A. Lozano (*pro hac vice*)
  Valerielozano@quinnemanuel.com
Aaron Perahia (*pro hac vice*)
  aaronperahia@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Phone (213) 443-3000
Fax (213) 443-3100
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-5003

*Attorneys for Defendant Red Bull North America, Inc.*

Def. Red Bull's Req. for Judicial Notice
(3:17-cv-05837-RJB) - 3

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2018, I caused a true and correct copy of the foregoing Request for Judicial Notice to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED this 20th day of September, 2018.

                                  */s/* S. Karen Bamberger
                                  S. Karen Bamberger, WSBA No. 18478

Def. Red Bull's Req. for Judicial Notice
(3:17-cv-05837-RJB) - 4

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988