The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA OMELIN, Individually and as an Administrator of the Estate of Anton Omelin, deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>HANSEN BEVERAGE COMPANY, a Delaware Corporation, MONSTER ENERGY COMPANY, a Delaware Corporation, and RED BULL NORTH AMERICA, INC., a Foreign Corporation, and DOES 1 through 100, Inclusive,<br><br>      Defendants. | Case No. 3:17-cv-05837-RJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF ALL PENDING MOTIONS** |

STIPULATION OF DISMISSAL WITH PREJUDICE
AND WITHDRAWAL OF ALL PENDING MOTIONS - 1
(3:17-cv-05837-RJB)

COSMOPOLITAN LEGAL, PLLC
155 108th Ave NE, Unit 210
Bellevue, WA 98004
Phone: (425)296-8868
Fax: (877)230-2429

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), by and between Plaintiff ANNA OMELIN and Defendants HANSEN BEVERAGE COMPANY, MONSTER ENERGY COMPANY, and RED BULL NORTH AMERICA, INC.:

1. The present action has been commenced on October 18, 2017. (Dkt. No. 1)
2. Plaintiff has elected to voluntarily dismiss the present action with prejudice and has agreed to pay Defendants certain costs incurred to date within fourteen (14) days of this Stipulation of Dismissal with Prejudice.
3. In light of the above, the parties hereby withdraw from the Court's consideration their pending motions for summary judgment and all briefing, declarations, exhibits, and supporting materials offered in support thereof (Dkt. Nos. 80-82).
4. The parties further stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action should be, and hereby is, DISMISSED WITH PREJUDICE.

DATED: October _05_, 2018

By: */s/Olga Efimova*
OLGA EFIMOVA
olgae@cosmopolitanlegal.com
Cosmopolitan Legal, PLLC
155 108th Ave. NE, Unit 210
Bellevue, WA 98004
Phone: (425)296-8868
***Attorney for Plaintiff Anna Omelin***

DATED: October _05_, 2018

By: */s/ Marc P. Miles*
MARC P. MILES (pro hac vice)
Shook, Hardy & Bacon LLP
5 Park Place, Ste. 1600
Irvine, CA 92614
Phone: (949)475-1500

STIPULATION OF DISMISSAL WITH PREJUDICE
AND WITHDRAWAL OF ALL PENDING MOTIONS - 2
(3:17-cv-05837-RJB)

COSMOPOLITAN LEGAL, PLLC
155 108th Ave NE, Unit 210
Bellevue, WA 98004
Phone: (425)296-8868
Fax: (877)230-2429

|  |  |
|---|---|
|  | STEPHANIE BLOOMFIELD<br>sbloomfield@gth-law.com Gordon Thomas Honeywell, LLP 1201 Pacific Avenue, Suite 2100 Tacoma, WA 98402<br>Phone: (253)620-6500<br><br>***Attorneys for Defendants Hansen Beverage Company and Monster Energy Company*** |
| DATED: October __05__, 2018 | By: */s/ Michael Williams*<br>MICHAEL E. WILLIAMS (pro hac vice)<br>michaelwilliams@quinnemanuel.com<br>VALERIE A. LOZANO (pro hac vice)<br>valerielozano@quinnemanuel.com<br>AARON PERAHIA (pro hac vice) Quinn Emanuel Urquhart & Sullivan, LLP<br>aaronperahia@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-5003<br>Phone: (213)443-3000<br><br>THOMAS C. RUBIN<br>tomrubin@quinnemanuel.com<br>ALICIA COBB<br>aliciacobb@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>600 University Street, Suite 2800 Seattle, WA 98101-4123<br>Phone: (206)905-7000<br><br>S. KAREN BAMBERGER<br>Betts, Patterson & Mines, P.S.<br>kbamberger@bpmlaw.com<br>701 Pike St., Suite 1400<br>Seattle WA 98101-3927<br>Phone: (206) 292-9988<br><br>***Attorneys for Defendant Red Bull North America, Inc.*** |

STIPULATION OF DISMISSAL WITH PREJUDICE
AND WITHDRAWAL OF ALL PENDING MOTIONS - 3
(3:17-cv-05837-RJB)

COSMOPOLITAN LEGAL, PLLC
155 108th Ave NE, Unit 210
Bellevue, WA 98004
Phone: (425)296-8868
Fax: (877)230-2429

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all parties of record who have appeared in this matter

DATED this 5th day of October, 2018

<u>s/ *Olga Efimova*</u>
Olga Efimova, WSBA #52498
**Cosmopolitan Legal, PLLC**
155 108th Ave NE, Unit 210
Bellevue, WA 98004
Telephone: (425) 296-8868
Fax: (877) 230-2429
E-mail: olgae@cosmopolitanlegal.com
*Attorney for Plaintiff Anna Omelin*

STIPULATION OF DISMISSAL WITH PREJUDICE
AND WITHDRAWAL OF ALL PENDING MOTIONS - 4
(3:17-cv-05837-RJB)

COSMOPOLITAN LEGAL, PLLC
155 108th Ave NE, Unit 210
Bellevue, WA 98004
Phone: (425)296-8868
Fax: (877)230-2429