UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA OMELIN,<br><br>      Plaintiff,<br>  v.<br><br>HANSEN BEVERAGE COMPANY, MONSTER ENERGY COMPANY, and RED BULL NORTH AMERICA, INC.,<br><br>      Defendants. | CASE NO. 3:17-cv-05837-RJB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

PURSUANT TO all parties' agreement to dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is HEREBY DISMISSED WITH PREJUDICE.

It is so ordered.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of October, 2018.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1